# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 04-CR-25-LRR |
| vs. | **ORDER** |
| REBECCA SUE WORTH, | |
| Defendant. | |

The matter before the court is Defendant Rebecca Sue Worth's "Motion for Downward Departure to Include Sentence Modification" ("Motion") (docket no. 171), which the clerk's office filed on March 18, 2013. The statutes that Defendant identifies, 18 U.S.C. §§ 3553(a) and 3582(a), do not authorize the court to grant her relief. Further, Defendant does not rely on any other rule or statute that authorizes the court to alter judgment, and the court is not aware of any law that permits it to modify her sentence under the circumstances. Accordingly, the Motion is **DENIED**. The clerk's office is **DIRECTED** to send a copy of this Order to Defendant.

**IT IS SO ORDERED**.

**DATED** this 19th day of March, 2013.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA